1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MATTHEW JAMES KLINE,              ) Case No. CV 13-4176 JCG
                                  )
            Plaintiff,            )
                                  )
      v.                          ) **JUDGMENT**
                                  )
CAROLYN W. COLVIN, ACTING         )
COMMISSIONER OF SOCIAL            )
SECURITY ADMINISTRATION,          )
                                  )
            Defendant.            )
                                  )
_____ )

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: February 19, 2014

_____
Hon. Jay C. Gandhi
United States Magistrate Judge