LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MATTHEW KLINE,<br><br>   Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN<br>Commissioner Of Social Security,<br><br>   Defendant. | No.  CV 13 - 4176 JCG<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND THIRTY ONE DOLLARS AND 65/100 ($2,031.65) subject to the terms of the stipulation.

   DATE:  March 24, 2014   _____

                                    HON. JAY C. GANDHI
                                    UNITED STATES MAGISTRATE JUDGE